

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/04/2019

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Houston-Harris Division Patrol, Inc., | § | Chapter 7 |
| | § | |
| Debtors. | § | Case No. 19-34548 |

### ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH DEBTOR'S FORMER PRINCIPAL MAURICIO GARCIA

CAME FOR CONSIDERATION on the Trustee's *Motion to Approve Compromise with Debtor's Former Principal Mauricio Garcia* ("**Motion**")[1]. After considering the Motion, all responses thereto, if any, the arguments of counsel, and the evidence presented, the Court is of the opinion and finds that notice of the Motion was in all respects adequate and proper and that the Motion should in all things be granted. Accordingly, it is hereby:

ORDERED that the Motion is GRANTED in its entirety; it is further

ORDERED that the settlement agreement attached as **Exhibit A** to this order is approved in its entirety; and it is further

ORDERED that Garcia shall cooperate with the Trustee in the relinquishment and transfer of title to the Impala and the Sorento, as well as cooperate with the Trustee in obtaining new titles for any vehicles owned by the estate; and it is further

ORDERED that Garcia shall pay $6,500 to the Trustee within three (3) days of entry of this order; and it is further

---

[1] Capitalized terms used but not defined in this Order shall be given the meanings ascribed to them in the Motion.

ORDERED that the Court shall retain jurisdiction over the interpretation and enforcement of this Order.

Signed: December 04, 2019

_____
Christopher Lopez
United States Bankruptcy Judge



## SETTLEMENT AGREEMENT

This Settlement Agreement ("**Agreement**") is entered into on November 4, 2019, by and between Christopher R. Murray, in his capacity as chapter 7 trustee ("**Trustee**") for the estate of Houston-Harris Division Patrol, Inc. ("**Debtor**"), a debtor in case 19-34548 ("**Bankruptcy Case**") pending in United States Bankruptcy Court for the Southern District of Texas, Houston Division ("**Bankruptcy Court**"), and Mauricio Garcia ("**Garcia**"), a former officer and shareholder of the Debtor. This Agreement is subject in all respects to Bankruptcy Court approval.

1. Garcia has title to and possession of a 2013 Ford Edge with VIN 2FMDK3KC8DBB59594 ("**Edge**"). Garcia has possession of, but not title to, a 2013 Ford F250 with VIN 1FT7W2BT0DEA38255 ("**F250**"). Garcia has title to, but not possession of (a) a 2010 Chevrolet Impala with VIN 2G1WB5EK9A1197129 ("**Impala**") and (b) a 2012 Kia Sorento with VIN 5XYKT4A23CG241296 ("**Sorento**"). None of the vehicles are encumbered by any liens.

2. The Trustee asserts an interest in all above-referenced vehicles on the basis that each was used in the business of the Debtor and the Debtor paid for the vehicles and all associated costs. Garcia asserts that the vehicles belong to him on the basis that he received them as a portion of his compensation from the Debtor.

3. The Trustee and Garcia seek to resolve ownership of the vehicles and certain other issues as detailed herein. The Trustee and Garcia seek to avoid the costs and risks of litigation on these issues. The Trustee and Garcia have both had an opportunity to consult with counsel. The Trustee has encouraged Garcia to consult with counsel.

4. The Trustee agrees to transfer title to the F250 to Garcia. The Trustee agrees not to pursue any rights or ownership the bankruptcy estate has in the Edge. The Trustee will not pursue any claims relating to the F250 or the Edge.

5. Garcia agrees to pay the Trustee $6500 (six thousand five hundred dollars). Garcia also agrees to relinquish and transfer title to the Impala and the Sorento to the Trustee.

6. The Trustee and Garcia agree that each will sign whatever documentation is reasonably necessary to accomplish the transfers of title intended in this Agreement. Garcia also agrees to sign whatever documentation is reasonably necessary to obtain replacement titles for vehicles owned by the bankruptcy estate, including, but not limited to, Application for Certified Copy of Title form VTR-34. The Trustee and Garcia each warrant and represent that the factual statements in this Agreement are true and correct to the best of their knowledge and that this Agreement reflects their intended settlement.

7. Garcia agrees to release all claims related to the F250, Edge, Impala, and Sorrento, except claims to enforce this Agreement. The Trustee agrees that the bankruptcy estate will release all claims related to the F250, Edge, Impala and Sorento, except claims to enforce this Agreement. The Trustee retains all other claims and causes of action the estate has against Garcia.

8. The Trustee is not required to transfer title to the F250 until actual receipt of the $6500. All other provisions are effective upon signing this Agreement and Bankruptcy Court approval.

AGREED:

_____        _____
Mauricio Garcia                                         Christopher R. Murray