# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **Houston-Harris Division Patrol, Inc.,** | § | **Chapter 7** |
| | § | |
| **Debtors.** | § | **Case No. 19-34548** |

## NOTICE OF WITHDRAWAL

(Related to Docket No. 114)

Christopher R. Murray, Chapter 7 Trustee for the above referenced debtor hereby withdraws his *Emergency Application for Authority to Pay the Internal Revenue Service* [Dkt. No. 114] filed in the above-captioned case.

Dated: December 11, 2019

    Respectfully submitted

    **MCDOWELL HETHERINGTON LLP**

    By: /s/ Jarrod B. Martin

    Jarrod B. Martin
    Texas Bar No. 24070221
    1001 Fannin Street
    Suite 2700
    Houston, TX 77002
    P: 713-337-5580
    F: 713-337-8850
    E: Jarrod.Martin@mhllp.com

    ***ATTORNEYS FOR CHRISTOPHER R. MURRAY, CHAPTER 7 TRUSTEE***

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 11, 2019 a true and correct copy of the foregoing Application was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

                                          */s/ Jarrod B. Martin*
                                          Jarrod B. Martin