IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § § | |
| **Houston-Harris Division Patrol, Inc.,** | § § | **Chapter 7** |
| **Debtor.** | § | **Case No. 19-34548** |

NOTICE OF TELEPHONIC HEARING
[Related to Doc. Nos. 117, 118, 119, & 120]

Please take NOTICE that a telephonic hearing is scheduled on the Trustee's:

- *Emergency Motion to Approve Second Compromise with Universal Protection Service, LP* [Doc. No. 117]

- *Emergency Motion for Entry of an Order Authorizing the Trustee to Reissue Pre-Petition Employee Wage Checks* [Doc. No. 118]

- *Emergency Application for Authority to: (1) Pay to the Internal Revenue Service a Portion of its Secured Claim; (2) Pay the Texas Comptroller Post-Petition Trust Fund Sales Taxes; and (3) Establish Procedures for Future Sales Tax Payments* [Doc. No. 119]

- *Emergency Application for Authority to Pay Routine Administrative Expenses* [Doc. No. 120]

for **December 20, 2019 at 11:30 a.m.** before the Honorable Christopher M. Lopez, United States Bankruptcy Judge in the United States Bankruptcy Court, 312 S. Main Street, Victoria, TX 77901. Telephonic procedures are attached as **Exhibit A**.

Dated: December 17, 2019

    Respectfully submitted

    **MCDOWELL HETHERINGTON, LLP**

    By: /s/ Jarrod B. Martin
    Jarrod B. Martin
    Texas Bar No. 24070221
    1001 Fannin Street
    Suite 2700
    Houston, TX 77002
    P: 713-337-5580
    F: 713-337-8850
    E: Jarrod.Martin@mhllp.com

    ***Proposed Counsel for Christopher R. Murray, Chapter 7 Trustee***

## Exhibit A

### TELEPHONIC PARTICIPATION

Parties are permitted to participate in hearings by telephone without prior permission of the Court. Parties are responsible for their own long-distance charges. Evidence may not be introduced and witnesses may not be examined while participating by phone. You must mute your phone unless you are addressing the Court. Please note that if technical issues arise with the dial-in, the Court may still proceed without the participation of the dial-in participants.

**Dial-in Telephone No.: 1-857-232-0158**

**Conference Room No.: 369427**

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 17, 2019 a true and correct copy of the foregoing Notice was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system. The undersigned further certifies that the foregoing Notice was served upon all parties listed on the attached Service List by no later than the next day after the filing in accordance with Bankruptcy Local Rule 9013-1(f).

*/s/ Jarrod B. Martin*_____
Jarrod B. Martin