

ENTERED
12/20/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **Houston-Harris Division Patrol, Inc.,** | § | Chapter 7 |
| | § | |
| Debtors. | § | Case No. 19-34548 |

### ORDER GRANTING TRUSTEE'S SECOND MOTION TO APPROVE COMPROMISE WITH UNIVERSAL PROTECTION SERVICE, LP

**CAME FOR CONSIDERATION** on the *Trustee's Emergency Second Motion to Approve Compromise with University Protection Service, LP* ("**Motion**"). After considering the Motion, all responses thereto, if any, the arguments of counsel, and the evidence presented, the Court is of the opinion and finds that notice of the Motion was in all respects adequate and proper and that the Motion should be granted. Accordingly, it is hereby:

**ORDERED** that the compromise between the Trustee and Universal Protection Service, LP and its affiliates ("**Allied**") is approved; it is further

**ORDERED** the Trustee is authorized to settle all claims with Allied as set forth in the Motion in exchange for mutual releases and payment by Allied to the estate of $10,099.64 within fourteen days of the date this Court enters this Order; and it is further

**ORDERED** that upon the estate's receipt of $10,099.64 from Allied, the Trustee, on behalf of the estate, and Allied, on behalf of itself and its affiliates, shall each release the other and each of the other's employees, professionals, advisors, and fiduciaries, from all claims arising from this bankruptcy case and the business relationship between Allied and the Debtor, both pre-petition and post-petition; and it is further

**ORDERED** that the releases in the foregoing paragraph shall not extend to or benefit in any way the pre-petition insiders, management and officers of the Debtor; and it is further

**ORDERED** that any claims Allied has, or may have, against Houston-Harris Division Patrol, Inc. ("**Debtor**") or the Bankruptcy Estate are hereby fully resolved and Allied is barred from asserting any claims against the Debtor's estate; it is further

**ORDERED** that this Court shall retain jurisdiction over the interpretation and enforcement of this Order.

Signed:  December 20, 2019

_____
Christopher Lopez
United States Bankruptcy Judge