

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/20/2019

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Houston-Harris Division Patrol, Inc., | § | Chapter 7 |
| | § | |
| Debtors. | § | Case No. 19-34548 |

### ORDER GRANTING TRUSTEE'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE TRUSTEE TO REISSUE PRE-PETITION EMPLOYEE WAGE CHECKS

**CAME FOR CONSIDERATION** on the *Trustee's Emergency Motion for Entry of an Order Authorizing the Trustee to Reissue Pre-Petition Employee Wage Checks* ("**Motion**"). After considering the Motion, all responses thereto, if any, the arguments of counsel, and the evidence presented, the Court is of the opinion and finds that notice of the Motion was in all respects adequate and proper, that emergency consideration is appropriate, and that the Motion should be granted. Accordingly, it is hereby:

**ORDERED** that the Trustee is authorized to reissue uncashed pre-petition wage checks totaling $8,591.85.

**ORDERED** that this Court shall retain jurisdiction over the interpretation and enforcement of this Order.

Signed: December 20, 2019

_____
Christopher Lopez
United States Bankruptcy Judge