

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/20/2019

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **Houston-Harris Division Patrol, Inc.,** | § | **Chapter 7** |
| | § | |
| Debtors. | § | Case No. 19-34548 |

### ORDER GRANTING TRUSTEE'S EMERGENCY APPLICATION FOR AUTHORITY TO: (1) PAY THE INTERNAL REVENUE SERVICE A PORTION OF ITS SECURED CLAIM; (2) PAY THE TEXAS COMPTROLLER POST-PETITION TRUST FUND SALES TAXES; AND (3) ESTABLISH PROCEDURES FOR FUTURE SALES TAX PAYMENTS

**CAME FOR CONSIDERATION** on the Trustee's *Emergency Application for Authority to: (1) Pay to the Internal Revenue Service a Portion of its Secured Claim; (2) Pay the Texas Comptroller Post-Petition Trust Fund Sales Taxes; and (3) Establish Procedures for Future Sales Tax Payments* ("**Application**") filed by Christopher R. Murray ("**Trustee**"), the Chapter 7 Trustee for the bankruptcy estate of Houston-Harris Division Patrol, Inc. ("**Debtor**") for entry of an order allowing the Trustee to: (1) pay an interim distribution to the Internal Revenue Service ("**IRS**") pursuant to the Stipulation and Agreed Order entered on October 24, 2019 [Dkt. No. 98]; (2) pay $71,776.04 in state and local sales taxes to the appropriate taxing authorities; (3) establish an escrow account for all future sales taxes collected; (4) pay all future sales taxes collected without further order of this Court; (5) granting emergency relief; (6) waiving any stay under Bankruptcy Rule 6004(h). After considering the Application, all responses thereto, if any, the arguments of counsel, and the evidence presented, the Court is of the opinion and

finds that notice of the Application was in all respects adequate and proper, that emergency consideration is appropriate, and that the Motion should be granted. The Court finds that the sales taxes collected by the Trustee are not property of the Debtor's bankruptcy estate. Accordingly, it is therefore:

**ORDERED** that the Trustee is authorized to pay the Internal Revenue Service $130,000 as an interim distribution; and it is further

**ORDERED** that the Trustee is authorized to remit $71,776.04 in state and local sales taxes to the appropriate taxing authorities; and it is further

**ORDERED** that the Trustee is authorized to remit all future collected state and local sales taxes without further order of this Court, including any penalties and interest; and it is further

**ORDERED** that if the Trustee disputes any postpetition sales taxes, that he may file a motion with this Court to have that dispute heard; and it is further

**ORDERED** that the stay pursuant to Bankruptcy Rule 6004(h) is waived.

Signed: December 20, 2019

_____
Christopher Lopez
United States Bankruptcy Judge