

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/20/2019

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Houston-Harris Division Patrol, Inc., | § | Chapter 7 |
| | § | |
| Debtors. | § | Case No. 19-34548 |

## ORDER GRANTING TRUSTEE'S EMERGENCY APPLICATION FOR AUTHORITY TO PAY ROUTINE ADMINISTRATIVE EXPENSES

**CAME FOR CONSIDERATION** on the *Trustee's Emergency Application for Authority to Pay Routing Administrative Expenses* ("**Application**") related to Sam Leslie, the former regional manager, regional vice president, and general manager for the Debtor. After considering the Application, all responses thereto, if any, the arguments of counsel, and the evidence presented, the Court is of the opinion and finds that notice of the Application was in all respects adequate and proper, that emergency consideration is appropriate, and that the Application should be granted. Accordingly, it is hereby:

**ORDERED** that the Trustee is authorized to pay Sam Leslie $1,575 as an administrative expense from the carveout negotiated between the Trustee and the United States.

Signed:  December 20, 2019

_____
Christopher Lopez
United States Bankruptcy Judge